UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x
LECHELLE DAWSON,

       Plaintiff,                            Civ. No. 12-52 (ARR)(LB)

  -against-

THE NEW YORK CITY HOUSING AUTHORITY,    STIPULATION AND ORDER
ET AL.,                                                OF DISMISSAL
                                                                         __WITH PREJUDICE__

       Defendants.
------------------------------------- x

       IT IS HEREBY STIPULATED AND AGREED among plaintiff LeChelle Dawson and defendants New York City Housing Authority, Dawn Pinnock, Yvonne Simpson, Carolyn Jasper, Gloria Finkelman, Elaine Peters, Wendy Alexander, Develle Cave, Joseph Galletta and Sherraine Wingate, by their attorney Kelly D. MacNeal, Donna M. Murphy, Of Counsel, that the above-captioned action shall be dismissed with prejudice and without costs or attorneys' fees to either party.

Dated: New York, New York
        June 15, 2012

LECHELLE DAWSON                             KELLY D. MacNEAL
Plaintiff Pro Se                                   Acting General Counsel
                                                             Attorney for Defendants
                                                            250 Broadway, 9th Floor
*[signature]*                                                 New York, New York 10007
LeChelle Dawson                                  Tel. No. (212) 776-5244

                                                              By: *[signature]*
                                                                     Donna M. Murphy (DM6487)

**SO ORDERED:**

_____
Hon. Allyne R. Ross, U.S.D.J.